FILED

JUN 29 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LARRY D. EPPS #188413
D.C. Detention Facility
1901-D Street S.E.
Washington, D.C.
20003
Plaintiff

V.

ATTORNEY GENERAL
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C.


UNITES STATES PAROLE COMMISSION
5550 Friendship Boulevard
Chevy Chase, MD. 20815-7201


CSOSA Supervisory Officer, Joseph Alston
1418 Goodhope Road S.E.
Washington, D.C. 20020

CSOSA Supervision Officer, Emesha James
1418 Goodhope Road S.E.
Washington, D.C. 20020


AND

Government of the District of Columbia
1350 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Serve: Mayor Adrian M. Fenty
And Attorney General, Robert Spagnoletti
For the District of Columbia

Case: 1:07-cv-01188
Assigned To : Unassigned
Assign. Date : 6/29/2007
Description: Pro Se Gen. Civil

RECEIVED

JUN 05 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VERIFIED COMPLAINT FOR RELIEF

1

# INTRODUCTION

Plaintiff, LARRY D. EPPS. Respectfully submits this Complaint seeking relief for tortious and unconstitutional actions of the United States Department of Justice, and two of it's agency's and employees, United States Department of Parole Commission, CSOSA, and the District of Columbia.

Plaintiff, Epps was paroled on October 8th of 2005 and will remain under parole supervision for life. Plaintiff Epps has a number of medical issues for which he receives medications for on a daily bases. Plaintiff Epps, is a self employed Home improvement Contractor with certification by the Government of the District of Columbia.

As a parolee on release, Plaintiff Epps was subjected to a series of Tortuous acts and unconstitutional Actions. The facts and circumstances of the foregoing violations are set forth in each numbered offense.

# I   JURISDITION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. Sec. 1331 and 1343, and 42 U.S.C. Section 1983. The plaintiff invokes this Court's pendent jurisdiction to hear and decide any claims arising under state and common law.

2. Venue is proper in this Court. All of the actions described in this complaint took place in the District of Columbia.

3. This Court Also has jurisdiction under 28 U.S.C. Sec. 1442(A)(1)

# II FACTS

On August 25th 2006, the United States Parole Commission issued a warrant for Plaintiff Epps arrest based on accusations alleged by CSOSA Supervision office, Emesha James.

On September 7th 2006, Petitioner or Plaintiff Epps arrived at his supposed appointment at the CSOSA office at 1:30 P.M., where he sign the register for time of arrival and requested to see CSOSA officer Emesha James.

After twenty minutes or so Officer James came out of her office and escorted Plaintiff Epps to her office where the soft tone of unusually humorous wittiness was afoot. Plaintiff Epps was completely bline sided at 2:15 P.M.; when he was arrested in his parole officer's office and she stated that Plaintiff would have to go with the two M.P.D. Officers who were arm with a warrant for Plaintiff's arrest and apprehension.

Upon the **EXECUTION** of the parole violation warrat, Plaintiff Epps was transported to the Seventh District Police station where plaintiff was processed for further transport to the M.P.D. Central-Cell Block unit where plaintiff spent the night.

On September 8th 2006, the M.P.D. Transportation Unit, transported plaintiff Epps to the United States Marshall Service where plaintiff was given a copy of the said warrant-application and placed in the District Court Cell-block pending transport to the D.C. Detention Facility by the Department of Correction's Transportation Unit.

Upon execution of the warrant, plaintiff Epps, by Law, was to receive a Show Cause Hearing within, five days of his arrest in accordance with the United States Parole Commission's Manual Title: <u>28 C.F.R, Sec 2.101(a)</u> of the Commission's Guideline.

Plaintiff Epps, put faith in reliance on the law govern by the United States Constitution.

Plaintiff Epps did not receive a Show Cause Hearing until the 6th day not withstanding the week end; which by September 15th 2006 Plaintiff's Due Process Right had been breached without probable cause.

Plaintiff Epps, upon seeing the examiner informed her that further confinement in this matter was unconstitutional and the matter should be dismissed on this premise.

The EXAMINER REASONED that because the United States Marshall SERVICE did NOT contact the Commission until the 8th of September this was the EXECUTION of their WARRANT.

Plaintiff Epps, in furtherance Attempted to Explain that the Commission's WARRANT WAS EXECUTED ON September 7th 2006 at 2:15 P.M., in the CSOSA office of Emesha James, who had full knowledge of the facts concerning the ARREST AND choose NOT to CONVEY the information to the commission until some days later.

Plaintiff Epps MAINTAINS AND asserts that information contain in the disclosure should have EXONERATED him of All CHARGES.

Plaintiff Epps Attempted to Explain to the EXAMINER how his ARREST in this MATTER was All MEDICALLY RELATED and due to illNESS. The EXAMINER ignored All REASONING and bound plaintiff OVER for A REVOCATION hearing before the Commissioner.

Plaintiff, being SELF EMPLOYED At the time Attempted to EXPLAIN that ANY long period of confinEMENT would cause IRREPARABLE harm to plaintiff's NEWLY established business.

The EXAMINER would settle for nothing less than A REVOCA-

tion hearing which would not take place for another sixty (60.) days.

Plaintiff Epps was forced to represent himself due to the conduct of the public defender who was assign to plaintiff.

Counsel made no effort to defend the plaintiff before the Examiner and in fact remain mute during the whole procession of the Show Cause Hearing.

Plaintiff was then forced to release counsel after a legal visit, where counsel admitted she was not experienced enough to handle plaintiff's case. Counsel wrote plaintiff a letter informing plaintiff that no one else would be assign to plaintiff's case from the Public Defender Service due to a conflect of interest.

Plaintiff had a right to no less than adequate assistance of counsel.

On the day of the revocation hearing before Commissioner Bob Hayworth, plaintiff and the Commissioner waited for some fourty five minutes for the CSOSA Supervision Officer Emesha James, who was not present for the hearing to represent accusations set forth in the warrant.

Plaintiff Epps, with only the public Record to Rely upon WAS EXONERATED of all Charges and RE-parole and accredited All time spent in Custody on warrant dated 8-25-06. (SEE... WARRANT Application Dated April 4th 2007.

Because of the Above, plaintiff suffered A tremendous loss due to intentional Malice sought by employees of the Department OF Justice who lack the proper training necessary to keep from Causing unnecessary infliction of physical and mental pain and Suffering on individuals.

Plaintiff Epps, seeks compensatory damages for: Loss of A $36,000. 2006 Toyota Tundra pick-up Truck V8. 4x4 fully loaded; $15,000. for loss of furniture; $30,000. for defult on loan with th Bank of George-Town; $9,000. in Clothing and Shoes; $1,500. for sewing Machine; $3,200. for Stereo System and Three T.V.s 55", 42" 36"; $18,000. for tools and equiment; $18,000. for Customer Service Contracts $19,000. Customer Service Contract; $7,000 in Customer service Contract; $750. Customer Service contract; $1,000 Cable Bill; $3,00.00 Electric Bill; $600.00 Surround Sound Five disk DVD Changer; $289.00 for All in ONE Printer, FAX, Copier, Scaner; $870.00 for Laptop Computer; $300.00 for Software; $3,000,000 for Mental Anguish; $1,000,000, for inconvience; $1,000,000, for discomfort, $1,000,000 for the interuption of Pharmaco-

kinetic Medical treatment; $1,400.00 in unpaid Rent base on a loss of Customer Service Contracts, as wellas, future Contracts.

# III. FIRST CAUSE OF ACTION

## Improper Seizure of Plaintiff—
## Fourth Amendment

Current CSOSA Supervision Officer, Emesha James caused plaintiff's physical seizure by misrepresenting critical facts to the United States Parole Commission that cause the Commission to issue a warrant thereby, causing a loss of liberty and the right to fundamental fairness (denial of due process).

The foregoing Constitutional violations on the part of CSOSA supervision officer Emesha James caused the Plaintiff the unnecessary loss of liberty and substantial mental anguish and suffering, along with the loss of property and earning potential.

# IV. SECOND CAUSE OF ACTION

## Deprivation of Plaintiff's Constitutional Right of
## Due Process— Fifth Amendment

CSOSA Supervision officer, Ms. Emesha James initiated the warrant's execution by having Plaintiff Epps arrested in her office on September, 7th 2006 at 2:15 P.M., which also actively activated the timeline for plaintiff's Show Cause Hearing in accordance with the law governing Title 28 C.F.R. Section 2.101.(A)' of the United States Parole Commission's Guidelines Manual where it states: Anyone arrested on a parole violator warrant "Shall" receive a Show Cause Hearing within. five days of the arrest.

Plaintiff Epps was denied the benefit of a timely hearing in conjunction with the law, thereby, effectively denying plaintiff the right to Due process prior to any decision to assure the loss of his liberty.

## V. THIRD CAUSE OF ACTION

### DENIAL OF EFFECTIVE ASSISTANCE OF COUNSEL (VIOLATION OF THE SIXTH AMENDMENT)

Plaintiff Epps was denied the right to have effective assistance of Counsel as provided by the Sixth Amendment.

Plaintiff was force to represent his self at the revocation hearing before Commissioner Bob Hayworth.

# VI. FOURTH CAUSE OF ACTION

Deprivation of Plaintiff's Constitutional Right to Due Process.

## FOURTEENTH AMENDMENT

While in the custody of the District of Columbia's Department of Corrections Detention Facility, Plaintiff Epps Show Cause hearing should have been conducted within. five days by an EXAMINER for the United States Parole Commission.

On September 15th 2006, plaintiff appeared before the EXAMINER and qualified for immediate reinstatement of parole. However, without an adequate legal or factual basis and an inadequate due process predicate, re parole was denied. Subsequently thereto, the EXAMINER for the United States Parole Commission "Rubber Stamped", the charges Alleged against plaintiff, by CSOSA Supervision officer Emesha James, without conducting an investigation of the charges or a comprehensive review, effectively denying the plaintiff his Right to full procedural due process and the Right to immediate liberty.

As a Result of the foregoing violations plaintiff endured

EXTREME MENTAL suffering and distress. Plaintiff submits that given his status of KNOWN illnesses "qualified", his continued detention was not only intentional infliction of MENTAL pain and suffering but also contravened protections against CRUEL and unusual punishment.

## VII. FIFTH CAUSE OF ACTION

Plaintiff Had A Constitutional Right to Be confronted With the Witnesses Against Him.

### SIXTH AMENDMENT

Plaintiff Epps submits that plaintiff had a right to be CONFRONTED by his ACCUSER who is an agent/employee of the United States Department of Justice acting at all times under color of law when in the CAPACITE of CSOSA supervision officer.

The CSOSA Officer that REQUESTED the WARRANT did not attend the REVOCATION hearing to REPRESENT the Allegations which was the initial cause of a warrant being issued for the arrest of Plaintiff.

Although, plaintiff was EXONERATED of all charges and ACCREDITED all time spent in custody from 9-7-06 thru 11-20-06, plaintiff in this matter suffered a tremendous loss because of the actions sought by the agents/employees who work in the ministerial capacity,

for the Department of Justice.

# VIII. SIXTH CAUSE OF ACTION
## INTENTIONAL INFLICTION OF PHYSICAL AND MENTAL PAIN AND SUFFERING

While in custody, officals working for the D.C. Detention Facility caused Plaintiff Epps to sustain a pharmaco kinetics interuption in medical treatment, causing long term damage to plaintiff health.

When plaintiff Epps was unnecessarinly detained, The Detention Facility for The District of Columbia, was sustrining a period of transision in its medical unit. Be this as it may, plaintiff went weeks without his daily medications due to the cut-off of one contractor and the start up of another.

Newly placed contract workers were uncertain of the enviornment due to the manner in which the transision took place.

Plaintiff Epps, would not have endured any of this had his CSOSA officer not misrepresented the facts of plaintiff's case.

Because of the misallege allegations and a zero-talerance mission statement, the United States Parole Commission acted with deliberate speed to issue a warrant for the arrest of the Plaintiff.

Because of the foregoing violations on the part of agents/ employees who intentionally violated plaintiff's Constitutional

Rights which in this instance caused the plaintiff the un-
necessary loss of liberty and substantial mental anguish
and suffering. Along with the loss of property and earning
potential.

## IX. SEVENTH CAUSE OF ACTION

## VIOLATION OF THE EIGHT AMENDMENT

The United States failed to properly interview and/or
conduct a comprehensive background check to allow it to
properly assess It's Agents/Employees. propensity for
truth, honesty, and integrity.  Moreover, the United
States failed to properly train its Agents/Employees with
respect to the correct procedual protocol for deteermining
what would cause cruel and unusual punishment, if the facts
do not warrant any proventive detention.

A material misrepresentation to the United States
Parole Commission compounded by failure to represent such
negligent misrepresentation contravened protections against
cruel and unusual punishment.

The imposition of having Plaintiff Epps arrested was

intended to intentionally and with malice to inflict mental torment and suffering for the amusement of the CSOSA supervision officer who sought the unwarranted action.

In each offense, plaintiff adopts and incorporate the facts and allegations in each and every preceding offense.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Epps seeks relief from Agents/Employees of the United States, The United States Parole Commission, and the District of Columbia in the amount of:

A. Compensatory damages in excess of $157,139.⁰⁰

B. Punitive damages in excess of $6,000,000.⁰⁰

C. Attorney Fees and Costs

D. Any other relief this Court decides is necessary in the interest of justice.

## JURY DEMAND

Plaintiff Epps demands a jury on all issues so triable.

Respectfully Submitted,

BY: *Larry D. Epps*

LARRY D. EPPS

(PRO SE)

SUBSCRIBED, SWORN TO AND ACKNOWLEDGED
BEFORE ME THIS 31ST DAY OF
May 2007 (YEAR) *Pardon M. Roberson*
NOTARY PUBLIC FOR THE DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES JULY 31ST, 2008 PMC

my commission
expires 7/31/08

APR 16 2007 05:03 FR USM

**U.S. DEPARTMENT OF JUSTICE**
**UNITED STATES PAROLE COMMISSION**

**WARRANT APPLICATION**
**D.C. Code Offender**

Name.............................. Epps, Larry

Reg. No .......................... 36966-118
DCDC No. ...................... 188-413
FBI No .......................... 278412M4
Birth Date ...................... October 13, 1955
Race .............................. Black

Sentence Length............ LIFE
Original Offense ............ Second Degree Murder

Date........................................ April 4, 2007
Termination of Supervision ..... LIFE
[If Conviction Offense Before April 11, 1987 And
Offender Is On Mandatory Release, Termination
Date Is 180 Days Prior To Full Term]
Violation Date .......................... December 15, 2005
Released .................................. October 7, 2005

The subject should receive credit towards his re-parole guidelines from 9-8-06 thru 11-20-06 for time spent in custody on warrant dated 8-25-06.

If you have been arrested on a violator warrant in the District of Columbia and you have not been convicted of a new offense, you shall be given a probable cause hearing within five days of your arrest and violator warrant. Probable cause hearings are normally scheduled on Tuesdays and Fridays at the Central Detention Facility. The purpose of the probable cause hearing is to determine if there is probable cause to believe that you have violated the conditions of your release, and if so, whether to release you or hold you for a revocation hearing. If no probable cause is found, you will be released and either reinstated to supervision, or discharged from further supervision if your sentence has expired.

At your probable cause hearing and any subsequent revocation hearing you will be apprised of the information supporting the violation charges. You may present documentary evidence and voluntary witnesses on your behalf. If you deny the charge(s) against you, you may request the presence of those persons who have given information upon which the charges are based. Such adverse witnesses will be made available for questioning unless good cause is found for their non-appearance.

You may be represented by an attorney or, if you are unable to pay for such representation, an attorney will be appointed for you if you fill out and promptly return a request for representation to the hearing examiner.

If, after a revocation hearing, you are found to have violated the conditions of your release the Commission may: (1) restore you to supervision, and, if appropriate, (a) reprimand you; (b) modify your conditions of supervision; or (c) refer you to a residential community treatment center for the remainder of your sentence; or (2) revoke your parole, mandatory release, or supervised release in which case the Commission will also decide when to consider you for further release.

If the Commission revokes your parole, mandatory release, or supervised release you will not receive credit toward service of your sentence for time spent on parole/mandatory release/supervised release.

**CHARGES:**

**Charge No. 1 - Failure to Submit to Drug Testing.** The releasee failed to submit urine specimens on 9-11, 9-18-06, 1-5, 2-9 and 3-16-07. This charge is based on the information contained in the violation report dated 2-6 and 3-27-07 from supervising Officer Emesha James.
I ADMIT [ ] or DENY [ ] this charge.

07 1188

**FILED**

JUN 2 9 2007

NANCY MAYER WHITTINGTON, CLERK

**Charge No. 2 - Use of Dangerous and Habit Forming Drugs.** The releasee submitted urine specimens which tested positive for:

Cocaine and Opiates on 2-5-07

Cocaine on 2-16, 3-2 and 3-9-07

This charge is based on the information contained in the violation report dated 2-6 and 3-27-07 from supervising officer Emesha James and corresponding drug report dated 3-20-07
**I ADMIT [   ] or DENY [   ] this charge.**

**Charge No. 3 - Law Violation. A) Misuse of Temporary Tags; B) Possession of Drug Paraphernalia; C) Unregistered Vehicle.** On 2-4-07, the releasee was operating a vehicle which had tags that were registered to another vehicle. During the search incident to arrest, an officer recovered a syringe from the releasee's pants pocket. In addition a makeshift pipe made from a plastic bottle was located where the releasee was seated. The releasee was arrested by the Metropolitan Police Department for the above-cited offense on 2-4-07. This charge is based on the information contained in the violation report dated 2-6-07 from supervising officer Emesha James and a police report dated 2-4-07. Status of Custody/Criminal Proceedings: The subject was released on 2-12-07. A status hearing is scheduled for charges (A) and (C) on 4-9-07. A non-jury trial is scheduled for charge (B) on 5-14-07
**I ADMIT [   ] or DENY [   ] this charge.**

**Probable Cause Hearing Is Required**

**Warrant Recommended By:**

*Rhonda A. Shelton*
_____
**Rhonda A. Shelton, Case Analyst**
**U.S. Parole Commission**

Warrant Issued.................. **April 4, 2007**

Community Supervision Office Requesting Warrant: **General Supervision Unit IX-Team 53, 1418 Good Hope Road**

### GOVERNMENT OF THE DISTRICT OF COLUMBIA
#### DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS



# C E R T I F I C A T E

**THIS IS TO CERTIFY** that all applicable provisions of the District of Columbia Limited Liability Company Act have been complied with and accordingly, this **CERTIFICATE OF ORGANIZATION** is hereby issued to:

### EPPS, PATTERSON & LASSITER GENERAL CONTRACTOS, LLC

**IN WITNESS WHEREOF I** have hereunto set my hand and caused the seal of this office to be affixed as of the **17th** day of **February, 2006**.

Patrick J. Canavan, Psy. D.
Director

Business and Professional Licensing Administration

Maxine M. Hinson
Act. Assistant Superintendent of Corporations
Corporations Division

nthony A. Williams
ayor

Date
Opened: 03-03-2006          Term: 30 Months          Tax
                                                     ID: 06-1769537          Number: 1010028932

# Certificate of Deposit

                                                                Account Number: 1010028932

Amount of
Deposit:   **Thirty-Eight Thousand and 00/100**********************************          **$ 38,000.00**

This Time Deposit is Issued to:                    Issuer:

   Epps, Patterson& Lassiter General                      Bank of Georgetown
   Contractors, LLC                                       1054 31st Street, Suite 18
   212 53rd Street, NE                                    Washington, DC 20007
   Washington, DC  20019

Not Negotiable – Not Transferable – Additional terms are below.                    By _Jonathan D. H_____

## Additional Terms and Disclosures

This form contains the terms for your time deposit. It is also the Truth-in-Savings disclosure for those depositors entitled to one. There are additional terms and disclosures on page two of this form, some of which explain or expand on those below. You should keep one copy of this form.

**Maturity Date:** This account matures    **08-31-2008**
                              (See below for renewal information.)

**Rate Information:** The interest rate for this account is    **4.170 %** with an annual percentage yield of    **4.25** %. This rate will be paid until the maturity date specified above. Interest begins to accrue on the business day you deposit any noncash item (for example, a check). Interest will be compounded **Monthly**
Interest will be credited   **End Of Month**

☒ The annual percentage yield assumes that interest remains on deposit until maturity. A withdrawal of interest will reduce earnings.

☐ If you close your account before interest is credited, you will not receive the accrued interest.

The NUMBER OF ENDORSEMENTS needed for withdrawal or any other purpose is:

**Minimum Balance Requirement:** You must make a minimum deposit to open this account of $ **1,000.00**

☐ You must maintain this minimum balance on a daily basis to earn the annual percentage yield disclosed.

**Withdrawals of Interest:** Interest ☐ accrued  ☐ credited   during a term can be withdrawn:

**Early Withdrawal Penalty:** If we consent to a request for a withdrawal that is otherwise not permitted you may have to pay a penalty. The penalty will be an amount equal to:
               < = 1 year 90 days else 180 days
                                        interest on the amount withdrawn.

**Renewal Policy:**
☐ Single Maturity: If checked, this account will not automatically renew. Interest ☐ will  ☐ will not   accrue after maturity.
☒ Automatic Renewal: If checked, this account will automatically renew on the maturity date. (see page two for terms)
Interest ☒ will  ☐ will not   accrue after final maturity.

ACCOUNT OWNERSHIP: (select one and initial)
☐ Single Party Account
☐ Multiple Party Account
☐ Trust - Separate Agreement dated:

Rights at Death: (select one and initial)
☐ Single Party Account
☐ Multiple Party Account with Right of Survivorship
☐ Multiple Party Account without Right of Survivorship
☐ Single Party Account with Pay on Death
☐ Multiple Party Account with Right of Survivorship and Pay on Death
Pay On Death Beneficiaries: To add Pay On Death Beneficiaries' name one or more:

**TIN:**     **06-1769537**
**Social Security or Employer's I.D. Number:** A correct taxpayer identification number is required for almost every type of account. A certification of this number is also required and is contained on the first copy of this certificate.

**Backup Withholding -** A certification that you are not subject to backup withholding is necessary for almost all accounts (except for persons who are exempt altogether). This certification is contained on the first copy of this form. Failure to provide this certification when required will cause us to withhold a percentage of the interest earned (for payments to the IRS). Providing a false certification can result in serious federal penalties.

ENDORSEMENTS - SIGN ONLY WHEN YOU REQUEST WITHDRAWAL

X
X
X



**BANK** OF **GEORGETOWN**

BR#:  101 I#H:  263 CB#:  29 TL#: 1012
Acct#:  1010028932 Post Dt: 03-03-2006
Timestamp:03-03-2006 3:31:05
NA    Amt:        $38,000.00
Balance: $38,000.00

Deposits may not be available for immediate withdrawal.
All items are received subject to collection and the terms and conditions governing accounts.



965 2165

X

**IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
P.O. BOX 9003
HOLTSVILLE NY   11742-9003

Date of this notice:  02-28-2006

Employer Identification Number:
06-1769537

Form:  SS-4

Number of this notice:  CP 575 b

21362

EPPS PATTERSON & LASSITER GENERAL
LARRY D EPPS MBR
212 53RD ST NE
WASHINGTON DC   20019

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 06-1769537. This EIN will identify your business account, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, please use the label we provided. If this isn't possible, it is very important that you use your EIN and complete name and address exactly as shown above on all federal tax forms, payments and related correspondence. Any variation may cause a delay in processing, result in incorrect information in your account or even cause you to be assigned more than one EIN. If the information isn't correct as shown above, please correct it using tear off stub from this notice and return it to us so we can correct your account.

Based on the information from you or your representative, you must file the following form(s) by the date(s) shown.

Form 1065                              05/15/2007

If you have questions about the form(s) or the due dates(s) shown, you can call or write to us at the phone number or address at the top of the first page of this letter. If you need help in determining what your tax year is, see Publication 538, Accounting Periods and Methods, available at your local IRS office or you can download this Publication from our Web site at www.irs.gov.

We assigned you a tax classification based on information obained from you or your representative. It is not a legal determination of your tax classification, and is not binding on the IRS. If you want a legal determination on your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2004-1,2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue.)

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS



# CERTIFICATE

**THIS IS TO CERTIFY** that all applicable provisions of the District of Columbia Limited Liability Company Act have been complied with and accordingly, this *CERTIFICATE OF ORGANIZATION* is hereby issued to:

**EPPS, PATTERSON & LASSITER GENERAL CONTRACTORS, LLC**

**IN WITNESS WHEREOF I** have hereunto set my hand and caused the seal of this office to be affixed as of the **10th** day of **March , 2006** .

Patrick J. Canavan, Psy. D.
Director

Business and Professional Licensing Administration

Maxine M. Hinson
Act. Assistant Superintendent of Corporations
Corporations Division

Anthony A. Williams
Mayor

# Articles of Organization

C O P Y

Pursuant to Title 29, Chapter 10 of the District of Columbia Code (the D.C. Limited Liability Company Act of 1994), the organizer(s) named below adopt the following Articles of Organization:

**FIRST:**      The name of this limited liability company is Epps, Patterson & Lassiter General Contractors, LLC

**SECOND:**   The effective date of these articles shall be February 17, 2006.

**THIRD:**      The period of duration of this limited liability company shall be perpetual.

**FOURTH:**   The purpose for which this limited liability company has been organized is to provide commercial and residential renovation improvements; interior decorating/ design and exterior landscaping; and all other lawful purposes in the Washington, DC Metropolitan Area.

**FIFTH:**       The address of this limited liability company's registered office in the District of Columbia is: 212 53rd Street NE Washington, DC 20019.

**SIXTH:**      The name of the limited liability company's registered agent in the District is Larry D. Epps. The agent's consent to act as registered agent for the company is evidenced in the attached executed "Written Consent To Act as Registered Agent."

**SEVENTH:**  The limited liability company's principal place of business is Washington, DC Metropolitan Area.

**EIGHTH:**    The number of organizers of this company is two. The name and addresses of the organizer(s) is:

Name: Larry D. Epps          Address: 212 53rd Street NE Washington, DC 20019.
        Jerard White                     ~~P.O. Box 1023 Clinton, MD 20735.~~
                                         10000 WARDELL WAY BRANDYWIN.
                                         MD 20613

Date:  February 17, 2006          *Epps, Patterson & Lassiter General Contractors, LLC.*

By: _Larry D. Epps_
       Larry D. Epps

By _Jerard White_
       Jerard White



DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
BUSINESS AND PROFESSIONAL LICENSING ADMINISTRATION
CORPORATIONS DIVISION

Government
Of the District of Columbia
DCRA
Corporations Division
P.O. Box 92300
WASHINGTON, D.C. 20090

# WRITTEN CONSENT TO ACT AS REGISTERED AGENT

TO:

The Superintendent of Corporations
Department of Consumer and Regulatory Affairs
Business and Professional Licensing Administration,

## (A) BY A DISTRICT OF COLUMBIA RESIDENT
PURSUANT TO D.C. CODE TITLE 29, and TITLE 41
I,

*Larry D. Epps*

A Bona fide Resident of the District of Columbia Herein Consent to Act as a Registered
Agent For: *Epps, Patterson & Lassiter General Contractors, LLC*

Name of Business

SIGNATURE OF REGISTERED AGENT

*Larry D. Epps*

DATE:

## (B) BY A LEGALLY AUTHORIZED CORPORATION
THE CORPORATION HEREIN NAMED IS:

An Authorized Corporate Registered Agent in the District of Columbia, per Signatures of
its President/Vice-President and Secretary/Assistant Secretary, Herein Consents to Act as
Registered Agent
For:

NAME OF COMPANY
SIGNATURE:
PRESIDENT                                   OF PRESIDENT OR VICE-
ATTEST:
SECRETARY                            OF SECRETARY OR ASSISTANT
DATE:

For General Information Call:
The Corporations Division - (202) 442-4432

Please check our corporate website to view organizations required to register, to
search business names, to obtain step-by-step guidelines to register an organization,

(IRS USE ONLY)          D          02-28-2006   EPPS       0133157778   SS-4

01362

Keep this part for your records.        CP 575 D (Rev. 1-2006)

---------------------------------------------------------------

Return this part with any correspondence
so we may identify your account.  Please                              CP 575 D
correct any errors in your name or address.
                                                                0133157778


Your Telephone Number   Best Time to Call   DATE OF THIS NOTICE:  02-28-2006
(    )      -                                EMPLOYER IDENTIFICATION NUMBER:   06-1769537
                                             FORM:  SS-4                 NOBOD


INTERNAL REVENUE SERVICE                        EPPS PATTERSON & LASSITER GENERAL
P.O. BOX 9003                                      CONTRACTORS LLC
HOLTSVILLE  NY   11742-9003                      LARRY D EPPS MBR
                                                212 53RD ST NE
                                                WASHINGTON  DC    20019

Mar 3 2006  15:31  P.02

February 20, 2006

Mr. Girard White
D.C. Department of Commerce
Washington, DC

Dear Mr. White:

As a recent and satisfied customer of Mr. Larry Epps, it gives me great pleasure to write this letter of commendation for him.

I came to know Mr. Epps several months ago and shortly after our meeting learned of his expertise and skills in home improvement. Finding out that Mr. Epps was an expert in all areas of home maintenance from plumbing, plastering, painting, etc. was a Godsend because it allowed me to engage the services of one technician as opposed to having multiple home improvement professionals coming to the house to do work.

The first job that I engaged Mr. Epps' services involved plumbing in which he replaced the water heads in one of the bathrooms and unstopped the waterline. I was quite impressed with his knowledge of the problem and how expeditiously the job was completed. When the dishwasher went out, Mr. Epps quickly assessed the problem, recommended that the dishwasher be replaced, made all of the necessary arrangements to secure a new dishwasher, and installed it within a record amount of time. Because of my satisfaction with the aforementioned jobs, when he recommended replacement of the water heater, I quickly assigned the job to him. He selected the best heater, being mindful of the cost, installed it and I am now along with the other residents of the house enjoying the benefits of hot water, thanks to Mr. Epps.

Because of my satisfaction with the services that have been provided by Mr. Epps, I would highly recommend him to my friends and others in the community who would have a need for home maintenance and improvement services. He is very knowledgeable about his trade and has excellent follow-through and communication skills. Never once did I feel uncertain or unsure as to what was going on with the projects he was undertaking because he kept me informed and abreast of each job status. I was quite impressed with him and would not hesitate to use his services again in the future should the need arise.

If you need to speak with me, please feel free to contact me at 202-546-3951.

Sincerely,

Rhett T. Massey
House Manager
Damien House

Nxt appt 8/9/06 @ 4pm

**Court Services and Offender Supervision Agency**
**for the District of Columbia**
*Community Supervision Services*

GS-009

**SUPERVISION REPORT** (PINK COPY-OFFENDER/ WHITE COPY-FILE)

OFFENDER NAME:
LARRY EPPS

Male ☑     Female ☐

DATE: 8/23/06

☐ Parole     ☑ Probation

COMMUNITY SUPERVISION OFFICER:

**ADDRESS INFORMATION** (Has this information changed since last report? ☐ Yes ☐ No.):

Address: 2921 10th St N.E. WASH.

Telephone: (202) 361 6296

Persons Living with You:

Date Moved (if moved during the month):

Mailing Address (if different from above): SAME

**EMPLOYMENT INFORMATION** (Has this information changed since last report? ☐ Yes ☐ No.):

If unemployed, list means of support: SELF

Employer Name: SELF SELF

Address: 2921 10th St N.E.

Telephone: 202 361 6296

Job Title: CEO

Gross Pay: N/A

How many days did you miss work? _____ Why? _____

Did you bring proof of employment or legal income? ☐ Yes (attach) ☐ No     Did you change jobs? ☐ Yes ☐ No

**SCHOOL/PROGRAM INFORMATION** (Has this information changed since last report? ☐ Yes ☐ No )

Are you involved in a school, drug, alcohol, or self help program? ☐ Yes ☐ No  If yes, indicates below.

Program/School:

Address:                                                Counselor/Teacher:

Telephone:

Program/School:

Address:                                                Counselor/Teacher:

Telephone:

Do you own or drive a vehicle? ☐ Yes ☐ No | Year: | Make: | Color: | Tag #: | Owner:

Telephone:

**COURT/REARREST INFORMATION** (Have you been arrested or named a defendant in any criminal case? ☐ Yes ☐ No)

Date of Arrest:          Place of Arrest:          Charge:          Next Court Date:

Disposition:          Bond Status:          Attorney Name & Telephone:

Did you possess or use any illegal drugs? ☐ Yes ☐ No  If yes, type of drug:

Registered Sex Offender ☐ Yes ☐ No ☐ N/A

**ANY FALSE STATEMENTS MAY RESULT IN REVOCATION OF RELEASE.**

I certify that all information is complete and correct.

SIGNATURE:

Next Appointment Date:

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

Larry D. Epps

**DEFENDANTS**

U.S. Attorney General, et al.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 1104
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro Se (Pr)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 188-413

Case: 1:07-cv-01188
Assigned To : Unassigned
Assign. Date : 6/29/2007
Description: Pro Se Gen. Civil.

JURY CASE REASSIGNED TO COLLYER, RMC ACTION

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES

FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other)** OR **☒ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

**No Summons Issued**

| ☐ **G.** *Habeas Corpus/ 2255* | ☐ **H.** *Employment Discrimination* | ☐ **I.** *FOIA/PRIVACY ACT* | ☐ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ **K.** *Labor/ERISA (non-employment)* | ☐ **L.** *Other Civil Rights (non-employment)* | ☐ **M.** *Contract* | ☐ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ Multi district Litigation    ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    **DEMAND $** 6 Million    Check YES only if demanded in complaint **JURY DEMAND:** ☒ YES    ☐ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    ☐ YES    ☐ NO    If yes, please complete related case form.

**DATE** 6.29.07    **SIGNATURE OF ATTORNEY OF RECORD** ___JCD___

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

