## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LARRY D. EPPS | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No.  07- 1188 RMC |
| v | ) | |
| | ) | |
| ATTORNEY GENERAL, et al., | ) | |

## REASSIGNMENT OF CIVIL CASE
### (non-calendar committee)

The above entitled action was assigned on _July 27, 2007_  from Unassigned (9098)

to Judge_Collyer_  because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott
Deputy Clerk

CC:    Judge_Collyer_
& Courtroom Deputy
Civil Case Processing Clerk
        Statistical