**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of ____Columbia____

TO:
U. S. Parole Commission
5550 Friendship Blvd
Chevy Chase, Md. 20815

Civil Action, File Number __CA-07-1188 RMC__

__Larry D. Epps__

V.

__U.S. Attorney General, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, <u>AND RETURN COPIES 1 AND 2</u> to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If [...] indicate under your signature your authority.

[...] ays, you (or the party on whose behalf you [...] aint in any other manner permitted by law.

[...] alf you are being served) must answer the [...] y default will be taken against you for the

[...] f Summons and Complaint By Mail was

(Official)

MPLAINT
[...] plaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

**RECEIVED**
AUG 7 - 2007
Relationship to Entity/Authority to Receive
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)

---

**Domestic Return Receipt (PS Form 3811):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
US Parole Commission

COMPLETE THIS SECTION ON DELIVERY
A. Signature X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0000 2032 8970

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
U. S. Attorney General
DOJ
950 Pa. Ave., NW
Washington, D. C. 20530

Civil Action, File Number __CA-07-1188 RMC__

__Larry D. Epps__
V.
__U. S. Attorney General, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within [...] An envelope has been enclosed for this purpose. Keep copy 3 for your records.

[Handwritten: 07-1188  8-1-07  BB]

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. Atty General

2. Article Number (Transfer from service label)
7004 2510 0000 2032 8987

PS Form 3811, February 2004   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X Joel Azrkag   ☐ Agent ☐ Addressee
B. Received by (Printed Name): Joel Azrkag
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[Postmark: ANACOSTIA STATION AUG 2007]

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

[Right side, partially obscured:]
...you are served on behalf of a corporation,
...signature your relationship to that entity. If
...indicate under your signature your authority.

...days, you (or the party on whose behalf you
...plaint in any other manner permitted by law.

...behalf you are being served) must answer the
...by default will be taken against you for the

...of Summons and Complaint By Mail was

_____
(MS Official)

COMPLAINT

-02-M-1540 omplaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

**RECEIVED**
AUG 7 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:

Emosah James
CSOSA Supervisor Officer
1418 Good Hope Rd., SE
Washington, D.C. 20020

Civil Action, File Number __CA-07-1188 RMC__

__Larry D. Epps__

V.

__U. S. Attorney General, etal__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, <u>AND RETURN COPIES 1 AND 2</u> to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If ... indicate under your signature your authority.

07-1188   87-07   BB

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Emosah James

2. Article Number (Transfer from service label):
   7004 2510 0000 2032 8789

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Joel Aukeue  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Joel Aukeue
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

ANACOSTIA STATION AUG 3

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

... days, you (or the party on whose behalf you ... laint in any other manner permitted by law.

... behalf you are being served) must answer the ... by default will be taken against you for the

... of Summons and Complaint By Mail was

_(Signature)_
MS Official

...OMPLAINT
...mplaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.
_____

City, State and Zip Code
_____

Signature

**RECEIVED**
AUG 7 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Copy 4 - USMS District Suspense

Form USM-299 (Rev. 6/95)