**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Joseph Alston
CBSA Supervisory Officer
1418 Good Hope Rd., SE
Washington, D.C. 20020

Civil Action, File Number __07-1188 RMC__

__Larry D. Epps__
V.
__U. S. Attorney General, etal__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You <u>MUST COMPLETE</u> the acknowledgment part of this form below, <u>AND RETURN COPIES 1 AND 2</u> to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

[... days, you (or the party on whose behalf you ...] [... int in any other manner permitted by law.]
[... alf you are being served) must answer the ...]
[... y default will be taken against you for the ...]

[... f Summons and Complaint By Mail was ...]

(Official)

MPLAINT
plaint in the above captioned manner at

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Joseph Alston

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
AUG 0 6 2007
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

d Street Name or P.O. Box No.

City, State and Zip Code

Signature **RECEIVED**
AUG 9 - 2007
Relationship to Entity/Authority to Receive
**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense