UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY D. EPPS,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| | ) Civil Action No. 07-1188 (RMC) |
| v. | ) (ECF) |
| | ) |
| **U.S. ATTORNEY GENERAL, et al.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), the U. S. Department of Justice, U.S. Parole Commission and its employees, CSOSA Supervisory Officers, Joseph Alston and Emesha James named individually ("Defendants") respectfully request an enlargement of time to and including December 5, 2007, to file an answer or otherwise respond to the complaint in this case. In support of this motion, Defendants state the following:

1. On July 31, 2007, Plaintiff, a *pro se* prisoner, filed this action alleging constitutional claims against the U.S. Attorney General, U. S. Parole Commission and CSOSA employees, Joseph Alston and Emesha James.[1] Defendants' answer or other response is due today.

2. The additional time is needed to enable the undersigned to conclude discussions with Agency Counsel regarding issues that are pertinent to Defendants' response.

---

[1] By way of this motion for an extension of time, the individual federal defendants submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

3. Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned has not made efforts to contact him regarding this motion.[2]

November 5, 2007                                        Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

**CERTIFICATE OF SERVICE**

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Larry D. Epps
DC# 188-413
1901 D Street, S.E.
Washington, D.C. 20003


on this 5th day of November 2007      _____/s/_____
                                       KENNETH ADEBONOJO
                                       Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY D. EPPS,**         ) | |
| )  | |
| **Plaintiff**         ) | |
| )  | Civil Action No. 07-1188  (RCM) |
| v.         ) | (ECF) |
| )  | |
| **U.S. ATTORNEY GENERAL, et al.**         ) | |
| )  | |
| **Defendants.**         ) | |

## ORDER

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file an answer or dispositive motion on or before December 5, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Kenneth Adebonojo
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530

Larry D. Epps
DC# 188-413
1901 D Street, S.E.
Washington, D.C. 20003