UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY D. EPPS,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| ) | Civil Action No. 07-1188 (RMC) |
| v. ) | (ECF) |
| ) | |
| **U.S. ATTORNEY GENERAL, et al.** ) | |
| ) | |
| **Defendants.** ) | |

**DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), the U. S. Department of Justice, U.S. Parole Commission and its employees, CSOSA Supervisory Officers, Joseph Alston and Emesha James named individually ("Defendants") respectfully request an enlargement of time to and including December 7, 2007, to file an answer or otherwise respond to the complaint in this case. In support of this motion, Defendants state the following:

1.  Although Defendants' response is substantially completed, the undersigned seeks this brief extension to complete same and seek supervisory review.

2.  Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned has not made efforts to contact him regarding this motion.[1]

December 5, 2007                    Respectfully submitted,

_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Larry D. Epps
DC# 188-413
1901 D Street, S.E.
Washington, D.C. 20003

on this 5th day of December 2007   \_\_/s/_____
                                        KENNETH ADEBONOJO
                                        Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY D. EPPS,** | ) |
| **Plaintiff** | ) |
| v. | ) Civil Action No. 07-1188 (RCM) <br> ) (ECF) |
| **U.S. ATTORNEY GENERAL, et al.** | ) |
| **Defendants.** | ) |

## ORDER

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this \_\_\_\_ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file an answer or dispositive motion on or before December 7, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Kenneth Adebonojo
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530

Larry D. Epps
DC# 188-413
1901 D Street, S.E.
Washington, D.C. 20003