# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

Larry D. Epps,                                     )   Case No.: O7 – 1188 RMC
                                                   )
              Plaintiff,                           )
                                                   )
       vs.                                         )
                                                   )
ATTORNEY GENERAL, et al.,                          )
                                                   )
              Defendant                            )
_____          )


## MOTIN FOR SUPPLEMENTAL LAW LIBRARY TIME AT THE D.C. JAIL

**COMES NOW, Larry D. Epps, pro-se. Respectfully moves this honorable Court to order the D.C. Jail to provide the Plaintiff with additions law library time consistent with D.C. Jail Policies. As grounds for this motion, Plaintiff Epps states:**

1. As the court knows, Plaintiff Epps has a Court order advising plaintiff to respond to the Federal Defendants' in this matter before the Court or the Court may deem matter as conceded. Plaintiff Epps "shall respond" to the Federal Defendants' Motion to Dismiss or in the Alternative for Summary Judgment no later than February 4, 2008.

   If plaintiff does not respond by that date. The Court will treat the motion as conceded and may dismiss the case. See: Order by the Honorable Rosemary Collyer dated 12/13/07. Document Number (160.

2. When Plaintiff Epps complained that he was receiving insufficient time in the law library at the D.C. Jail; Epps v. Howes case, the Federal Defendants objected and the Court ruled in favor of the Defendants.

3. Because Plaintiff is housed in the Maximum Security Unit at the D.C. Jail, Plaintiff Epps only receives on hour every other week on Monday's due a policy installed at the Jail that divides the Maximum Unit into segregation that caused an out of cell time to operate on a half and half bases. Currently this is the only Unit in the Jail that is made to endure such measures. Be that as it may, various law library times

RECEIVED

JAN 3 – 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

when on side is out and the other side of the Unit is in there cells, which ever side is out for Recreation on the day the law library is designated for Southeast three, that will be the side that will be allowed access to the law library. This means that this pro-se Plaintiff gets one hour every other Monday, which amounts to two hours a month. To access law library materials. Upon order of a Judge, an inmate can also receive supplemental time in the law library on Thursdays (between 9am and 2pm) and Fridays (between 9am and 1pm).

4. Given that Plaintiff, needs as much time as possible to access the law library so that he can supplement his legal claims and meet his early February deadline imposed. The pro-se, Plaintiff requests that the Court enter the appropriate order to the D.C. Jail such that Plaintiff can receive supplemental law library access commensurate with D.C. Jail policy. Plaintiff has not endeavored to create the language for a proposed order given the complexities in the Jail's policies in this regard. Plaintiff respectfully requests that the court, now armed with the relevant information, will design an appropriate order directed to the Jail that is both appropriate and fair to both the Plaintiff and The D.C Jail.

Wherefore, based on the foregoing and all other factors that may appear to the Court, Plaintiff Epps respectfully requests that this Motion be granted and direct an order to the Warden at the D.C. Jail allowing Plaintiff Epps supplemental time in the law library commensurate with D.C> Jail Policy

Dated: _Dec. 31_

_Larry D. Epps_

Larry D. Epps

Plaintiff, In Propria Persona

### CEFTIFICATE OF SERVICE

2

# CERTIFICATE OF SERVICE

**I HEREBY** certify that a copy of the foregoing cause of action be served by United States mail, postage prepaid

Copies to:

Kenneth Adebonojo
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530

On this _31_ day of _December_, 2007.

Larry Epps / DCDC 188-413
D.C. Detention Center
1901 D Street, S.E.
Washington, D.C, 20003

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY D. EPPS, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| | ) |
| v. | ) Civil Action No. 07-1188 (RCM) |
| | ) (ECF) |
| | ) |
| U.S. ATTORNEY GENERAL, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

UPON CONSIDERATION Plaintiff, motion is hereby

ORDERED that the motion is Granted, and it is

FURTHER ORDERED Defendants. shall file answer or other response

So ordered this_____day of _____,2007

_____
United States District Judge

Inmate Grievance
Institution Administrator's Remedy

Plaintiff is being denied full access to the law library. Plaintiff can only attend the law library every other Monday, due to conflict of interest that does not comport with the First Ammendment of the U.S. Constitution's Right to Redress and Freedom Of Information.

Officer Murphy has informed the plaintiff, that Warden Smith Is the sole reason for my Constitutional Right not being afforded to me. Few People in SE-3 go to the law library because, as you are aware; most of the inmates in this unit have exhausted their matters in the courts, and have no need to attend the law library. I have two open cases in court, criminal and civil.

Sgt. Wolford and officer Murphy, most often are not in compliance with the schedule, which seeks to diminish the valuable option of doing research. This fact can be verified through the register in the law library. If one unit is due to come to the law library at 12:00 p.m., and SE-3 get in the law library at 11:30 a.m., not withstanding, sign in on time; I only get 20 minutes to look up cases or print them out.

Respectfully Submitted

*Larry D. Epps*

Larry Epps DCDC # 188-413
1901 D. Street, S.E.
Washington, DC 20003