IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

*Leave to file granted. RMC 1/4/08*

| | |
|---|---|
| Larry D. Epps,<br><br>    Plaintiff,<br><br>vs.<br><br>ATTORNEY GENERAL, et al..,<br><br>    Defendant | Civil Action No. 07-1188[RMC]<br><br>MOTION FOR SERVICE OF PROCESS UPON THE DEFENDANTS |

Comes Now, Plaintiff Epps moves this Honorable Court by way of Federal R.Civ.P. 4.(C)(2). And respectfully requests that service be effected by a United States Marshal, Deputy United States Marshal or other person or officer specially appointed by the Court for that purpose. If the Clerk of the Court will note, Plaintiff's complaint specifically requests that defendants be served when Plaintiff filed his complaint.

Plaintiff is authorized to proceed *in forma pauperis* pursuant to 28 U.S.C. §1915 which allows process of service for indigent Plaintiffs.

Respectfully Submitted,

**RECEIVED**

JAN 3 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Larry D. Epps
DCDC 188-413
1901 D. Street, S.E.
Washington, D.C.
20003

MOTION FOR SERVICE OF PROCESS - 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| Larry D. Epps, | Civil Action No. 07-1188[RMC] |
| Plaintiff, | (ECF) |
| vs. | **ORDER** |
| ATTORNEY GENERAL, et al.., | |
| Defendant | |

Upon consideration of Plaintiffs MOTION FOR SERVICE OF PROCESS; it is

**ORDERED** that the motion is Granted, and it is

**FURTHER ORDERED** Defendants shall file answer or other response

So ordered this _____ day of _____, 200__

_____
United States District Judge

MOTION FOR SERVICE OF PROCESS - 1