UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| **LARRY D. EPPS,** )<br>)<br>    **Plaintiff** )<br>) Civil Action No. 07-1188 (RMC)<br>    v. ) (ECF)<br>)<br>**U.S. ATTORNEY GENERAL, et al.** )<br>)<br>    **Defendants.** )<br>) | |

### DEFENDANTS' MOTION TO ENLARGE TIME TO FILE OPPOSITION AND A REPLY TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 6(b)(1), the U. S. Department of Justice, U.S. Parole Commission and its employees, CSOSA Supervisory Officers, Joseph Alston and Emesha James named individually ("Defendants") respectfully request an enlargement of time to and including February 29, 2008, to file an opposition and reply to Plaintiff's Motion for Summary Judgment and Opposition to Defendants' Motion to Dismiss or, in the alternative, for Summary Judgment. In support of this motion, Defendants state the following:

1. Defendants' response is currently due on January 28, 2008.

2. The undersigned seeks the additional time in order to consult meaningfully with Agency Counsel. In addition, over the next thirty (30) days, the undersigned has due several motions, oppositions and replies as well as depositions and Circuit pleadings.

3. Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply

and the undersigned has not made efforts to contact him regarding this motion.[1]

WHEREFORE, Defendants respectfully request that this enlargement be granted. A minute order is respectfully requested.

January 25, 2008                              Respectfully submitted,

                                                       /s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                                       /s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                                       /s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

## CERTIFICATE OF SERVICE

      I certify that I caused copies of the foregoing Defendants' Motion to Enlarge Time to File Opposition and Reply to Plaintiff's Motion for Summary Judgment and Opposition to Defendants' Motion to Dismiss or, in the alternative for Summary Judgment to be served by first class mail upon *pro se* plaintiff at:

Larry D. Epps
DC# 188-413
1901 D Street, S.E.
Washington, D.C. 20003


on this 25th day of January 2008   \_\_/s/_____
                                                          KENNETH ADEBONOJO
                                                          Assistant United States Attorney