IN THE UNITED STATES DITRICT
COURT FOR THE DISTRICT OF COLUMBIA

Larry D. Epps,

    Plaintiff,

    v.                                                Civil case No.07:1188 (RMC)

ATTORNEY GENERAL, etal.,

    Defendant,

### NOTICE TO THE CLERK

This is to serve notice to the court that the plaintiff in the above listed case matter has been moved to an out of town institution. Please direct any and all subject matters in this case to: Larry D. Epps, 36966-118

    MDC Brooklyn
    P.O.Box 329002
    Brookland, NY. 11232

Thank you forassistance in this matter

*Larry D. Epps*

**RECEIVED**

MAR 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT