IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Larry D. Epps,                          //CIVIL ACTION No. 07-1188(RMC)
          Plaintiff,                    //
                                        //
          Vs.                           //Notice For Change Of Address
                                        //
ATTORNEY GENERAL, et al,                //
          Respondant,                   //
                                        //
                                        //

Comes Now, before this Honorable Court, Plaintiff Epps,

in this pro-se, styled Civil Action, which is before the Honorable

Rosemary Colloyer.  I hereby certify that the information here in,

is the address where Plaintiff, would like to have any responses

from the Court addressed to:

Larry D. Epps

113 Wilmington Place S.E. Apt., 303

Washington, D. C.   20032

Thank You For Your Attention To This Matter Of Concern!

Sincerely,

*Larry D. Epps*

Larry/D. Epps

CC:
     Kenneth Adebonojo
     Assistant United States Attorney
     Judiciary Center Building
     555 4th St., N.W.
     Washington, D.C. 20530

RECEIVED

MAR 3 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT