MEMORANDUM:

TO          :   The Clerk of The United States District Court
                333 Constitution Avenue, N.W.
                Washington, DC 20001

From        :   Larry D. Epps
                113 Wilmington Place, SE,
                    Suite # 303
                Washingyon, DC  20032

Subj        :   Docket Report In Case No.:07-1188(RMC)

Date        :   May, 6th 2008

Dear Clerk of The Court:

   Due to circumstances beyond the control of the Plaintiff in the aboved sited case; before the Honorable RoseMary Collyer, I have been unable to responde to any matters that may have been ordered by the Court, due to the continual displacement by the Federal Defendants in this case who have had the Plaintiff in a constant transfer from institution to institution.

   Please refer any and all request by the plaintiff, to the home address listed above. This is the only means in which the plaintiff can be assured of getting the mail from the court.

   The last order from the court, was for a subject response from the Federal Defendants:"United States Parole Commission," and Court Services Offender Supervision Agency (CSOSA) to respond to their own motion to dismiss, by the 29th of February, 2008.
No other information has been revealed to the Plaintiff as of to date.

   The Federal Defendants have sought to extend plaintiff's in-carcerational detention through acts of un-warranted negligence, thereby causing the plaintiff to server over the supposed time, while at the same time just so happening to keep control over plaintiff's where abouts, which has been in three deferent facilities in the past three months.

   So please if it is not too much trouble on the court, could a docket report be send to the Plaintiff's address?

   Your assistance in this matter would be most appreciative.

Thank you verymuch!

*Larry D. Epps*

RECEIVED
MAY 1 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT