## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Larry D. Epps,

    -v-

ATTORNEY GENERAL, et al.,

    via

THE UNITED STATES DEPARTMENT
OF JUSTICE PAROLE COMMISSION,

    via

COURT SERVICES OFFENDER
SUPERvISION AGENCY, et al.,

| |
|---|
Civil Case No.:07cv1188(RMC)

**MOTION FOR SUMMARY JUDGEMENT**
**WITH DECLARATORY RELIEF OR JURY**
**TRIAL PURSUANT TO THE SEVENTH**
**AMENDMENT.**

# RECEIVED

MAY **2 2** 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### SS: LET ALL MEN KNOW BY THESE PRESENTS

Now into Court is, L. D. Epps (hereinafter "MOVANT")...
and does state: Larry D. Epps, being over 21 and competent to
make this affidavit. Larry D. Epps, sui juris, as Myself and
for Myself, and as a Citizen of the District of Columbia, Ex-
pressly not a citizen of the United States("federation citizen"),
herein after Your Movant, competent to bring forth this affidavit,
and my good faith effort to do so does declear the following facts
to be true, correct and complete and not mis-leading to the
best of my knowledge and belief and is not submitted for fraud,
deciet, injustice nor unjury, and under penalty of perjury under
the laws of the United States of America [pursuant to Title 28
U.S.C.A. Sec 1746 (1) ] and does so state: All statements con-
tain in the Motion for Summary Judgement with Declaratory relief
or Jury Trail Pursuant to the Seventh Amendment; in light of

**1 of 6**

2 of 6

Defendant's conceeding to and not contending movant's claim of violations of his Fourth, Fifth, and Fourteenth Amendments secured to him by the Constitution and laws of the United States of America, are true and correct and sworn to by my Signature attached hereto.

Movant asks for this Court's Judicial benevolence and in light of Movant's lay-man status provide a less stringent standard of review and a liberal construction in Movant's favor when examining his citation of laws, rules, regulations procedures and his efforts at legal syntax; razzoli v. FBOP, 230 F.3d 371 (DC2000); and Haines v. Kerner, 404 U.S.519(1972).

### JURISDICTION

Jurisdiction is conferred upon the Court, where Movant file Complaint under the Civil Rights Acts [14 stat. at 27] for violations of Fourth, Fifth and Fourteenth Amendment Rights and privileges granted and secured for his free exercise and enjoyment by the constitution and laws of the United States of America; and where law of particular states give remedy in equity, such remedy will be enforced in federal Courts, if it does not infringe upon constitutional Rights of parties to trial by jury, Greeley V. Lowel 155 U.S. 58(1894), 39 L.Ed 69,15S.ct 24.

Also, where the Seventh Amendment provision provieds that, in suits at common law, where the value in controversy shell exceed twenty dollars, the right of tial by jury shell be preserved, is fully applicable to Courts established by Congress in D.C., Pernell v. Southall realty; 416 U.S.363 (1974) as well as 28

U.S.C. §§§§ 1331 (a)(3),(4); 1367 and 2201,inter alia

## PROCEDURAL HISTORY

1.)    On July 31,2007, Movant filed a complaint for Constitu-
tional Rights Violations under **Civil Rights Act [14 stat.at 27].**

2.)    On said date, the complaint was filed under civil docket...
07cv1188(RMC) and listed several constitutional rights violations
to which movant states: Fourth Fifth Sixth, and Fourteenth Amend-
ment violations; wherefore, on September 7th 2006, Movant visited
his parole officer office between the hour of 1:00p.m., and 2:30
P.M., where he was detained and arrested on a warrant issued by
the United States Parole Commission, per the requests of ("CSOSA")
Officer Emesha James. The DCMPD of the Sevnth District Police
station exicuted the warrant in Mrs.James office and transported
Movant to the sevnth district station where he was then transfered
to central-Cell-block, where he spent the night. The following
day Movant was taken to District Court where he was further
processed by the United States Marshal Service and sent to the DC
Jail pending a Show-cause Hearing in accordance with 28 CFR
2.101(a)[1]; which states that By law, a parolee who is believed
to have committed a violation of his or her parole shell receive
a Show-cause Hearing within five working days of the execution of
the warrant: As a right to due process. Movant was arrested on
the 7th of September, but was not heard until the 15th.  Upon
said hearing, Movant advised the Examiner of the United states
Parole Commission, that all of the violation were medically re
-lated and that any lengthy-stent of incarceration would cause

Movant to lose his newly established home improvement business. The Examiner, Mrs. M<sup>c</sup>Clain stated: "Well, If it weren't all of this?" and bound Movant over for the Commissioner, Who was a Mr. Bob Hayworth. Mr. Hayworth found no probable cause for the violation warrant and re-instated Movant, to parole with all time spent in custody credited towards Movant's re-parole.

3.)    The Federal Defendants requested four extension during this on going matter and as of to date, with the court's last order to respond to Movant's sworn--affidavit of truth, that this Honorable Court ordered that they respond to. The Federal Defendants have yet to deny plaintiff's allegations and have only attempted to confuse the issues in the public record with conjectures for a colorful argument as oppose to direct denial of the facts set forth in Movant's Affidavit under rule 56 (e).

## RELIEF SOUGHT

Now Movant seeks, prays and moves this Honorable Court to grant Summary Judgement and **Declaratory** relief; ORDERING:

1.)    That Defendants did commit and are responsible for actions claimed by Movant, and made against Movant; and

2.)    That the Defendants are liable for and shall compensate Movant for damages (i.e.) physical, psychological, emotional and personal suffering and loss )(and deprivation of personal liberty and property, in the amount of $ 6,159,400.00

3.)    Should the Court find reason not to grant relief movant asks in the alternative to order Jury Trial pursuant to the Seventh Amendment, and any relief the Court deems just.

On February 25th, 2008 the Federal Defendants conceded

5 of 6

to the claim in movant's Affidavit and complaint under the Civil Right's Act; not contesting nor contending denial of the facts Movant asserted to the Court.

That on February 25th, 2008, the Federal Defendants' submitted a document not contending any of the factual claims asserted in movant's Instant complaint; and ultimately failed to make any contentions whatsoever, thereby, establishing conceding by way of silence!

1. An inference from a course of conduct, lapse of time, or **acquiescence**, indicating an intention to approve, confirm, adopt something which in the first instance he might have successfully avoided. Recognizing the validity of a transaction, or remaining **silent** when called upon to speak, whereby others have been injured. ...by (failing to repudiate the acts after notice). ...(Howell -v- Grocers Inc. (CA6 Mich) 2 F2d 499. 2. Am J2d Alt Inst § 67.)

IN CONCLUSION

For the forgoing reasons, Movant requsets for Summary Judgment with Declaratory relief be granted or Jury Trail is respectfully requested.

SO REQUESTED,

Larry D. Epps/Reg. #36966-118
113 Wilmington Pl., S.E.,
Suite # 303
Washington, DC 20032
(202)(561-0115)

6 of 6

I futher state in this Affidavit:

NOTICE TO THE PRINCIPAL IS NOTICE ON THE AGENT AND NOTICE ON THE AGENT IN NOTICE ON THE PRINCIPAL. APPLICABLE TO ALL SUCCESSORS AND ASSIGNS.

NOTARY

Subscribed and sworn to before _Cathy J. Gebert_ on this _5th_ day of _May_ 2008; who do affirm that Larry D. Epps the Aggrieved Plaintiff in the aforegoing AFFIDAVIT OF TRUTH did appear before me and affix his signature hereto.

_____
Affiant
Aggrieved Plaintiff

RAISED SEAL

Notary Public

_Cathy J. Gebert_
_____
My Commission Ends_____

> NOTARIAL SEAL
> Cathy J. Gebert, Notary Public
> Honesdale Boro, Wayne County
> My commission expires August 27, 2009

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Larry D. Epps,
    Plaintiff,

  -V-

UNITED STATES ATTORNEY
GENERAL, et al.,
    Defendants,

Civil Action No.:07cv-1188(RMC)

ORDER

IT IS HEREBY ORDERED that the Plaintiff's Motion for a Jury Trial is GRANTED this day_____ of_____2008, and it is further ORDERED:


_____/S/_____
The Honorable RoseMary Collyer
Unites States District Court Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___/7th___ day of May, 2008, I caused service of the foregoing to be made on the federal defendants by United states Postal Service Mail;

KENNETH ADEVONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. — Civil Division
Washington, D.C. 20530



Larry D. Epps/369/8118
113 Wilmington Pl., S. E.
Suite # 303
Washington, D. C. 20032