UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY D. EPPS, )<br>)<br>    Plaintiff )<br>)<br>)<br>v. )<br>)<br>U.S. ATTORNEY GENERAL, et al. )<br>)<br>    Defendants. )<br>) | )<br>)<br>)<br>)<br>) Civil Action No. 07-1188 (RMC)<br>) (ECF) |

### FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFF'S
### MOTION FOR SUMMARY JUDGMENT

The United States Attorney General, United States Parole Commission and Court Services and Offender Supervision Agency ("CSOSA") employees, CSOs Joseph Alston and Emesha James (collectively "Federal Defendants"), by and through undersigned counsel, hereby respectfully request that Plaintiff's Motion for Summary Judgment be denied.  This matter was fully briefed as of February 29, 2008, yet Plaintiff insists on continuing to burden the Court with at least two additional motions for summary judgment that essentially add nothing to Plaintiff's complaint or respond to Federal Defendant's Motion for Summary Judgment.  In his complaint filed on June 29, 2007, Plaintiff alleges that Federal Defendants and CSO James in particular fabricated evidence to obtain a warrant for his arrest and that Federal Defendants failed to schedule a probable cause hearing within five (5) days pursuant to 28 C.F.R. §2.101 thereby violating his Fourth, Fifth and Fourteenth amendment constitutional rights.  Docket 1, Pl. Compl. at 3-6; Docket 29, Pl. Mot. for Summ. J. at 3.  See also Docket 14.

Since Plaintiff's most recent Motion for Summary Judgment merely rehashes allegations already made and addressed in Federal Defendants opposed Motion to Dismiss or, in the alternative for Summary Judgment, Docket 14, Federal Defendants should not be burdened by having to respond to Plaintiff's motion in any more detail.  Federal Defendants oppose Plaintiff's motion on the grounds set forth in their Motion to Dismiss or, in the alternative for Summary Judgment.  Accordingly, Plaintiff's motion should be denied.

June 5, 2008                             Respectfully submitted,

_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157 (telephone)
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 5th of June 2008, I caused service of the foregoing to be made on the *pro se* plaintiff:

Larry D. Epps
113 Wilmington Place, SE, St. #303
Washington, DC 20032

                                       _/s/_____
                                       KENNETH ADEBONOJO
                                       Assistant United States Attorney