UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **LARRY D. EPPS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1188 (RMC) |
| | ) | |
| **U.S. ATTORNEY GENERAL,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DIRECTING PLAINTIFF TO RESPOND TO MOTION TO DISMISS**

Defendant, the District of Columbia, through counsel, has filed a Motion to Dismiss. *See* Dkt. # 32. Because resolution of this motion may dispose of the case as to Defendant District of Columbia, the Court advises the *pro se* Plaintiff of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Ham v. Smith*, 653 F.2d 628 (D.C. Cir. 1981).

Plaintiff is advised that the Court will rule on the Defendant's motion taking into consideration the facts proffered by Plaintiff in his complaint, along with his response or opposition to the motion. Plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within . . . such . . . time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded.

LCvR 7(b). If Plaintiff fails to respond to the motion, the Court may grant the motion and dismiss the case as to the Defendant District of Columbia. *Fox v. Strickland*, 837 F.2d at 509. Additionally,

the Plaintiff is directed to Rule 6(d) of the Federal Rules of Civil Procedure which provides:

> When a party may or must act within a specified time after service and service is made [by mail or by other means consented to in writing by the person served], 3 days are added after the period would otherwise expire....

Fed. R. Civ. P. 6(d).

The Court may treat as conceded any motion not opposed within the time limits outlined above. Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to the Defendant's motion in this case carries with it the risk that the case will be dismissed as to this Defendant, the District of Columbia.

Accordingly, it is hereby

**ORDERED** that Plaintiff shall file his opposition or other response to Defendant District of Columbia's Motion to Dismiss [Dkt. # 32] no later than **September 12, 2008**. If Plaintiff does not respond in a timely manner, the Court may treat the motion as conceded and summarily dismiss the case as to the District of Columbia.

**SO ORDERED**.


Date: August 14, 2008                                                /s/
                                                    ROSEMARY M. COLLYER
                                                    United States District Judge