UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY D. EPPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1188 (RMC) |
| ) | |
| U.S. ATTORNEY GENERAL, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that the Federal Defendants' Motion to Dismiss or in the Alternative for Summary Judgment [Dkt. ## 14 & 15] is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment and Opposition to Defendant's [sic] Motion to Dismiss the Complaint or in the Alternative for Summary Judgment (docketed as a Motion for Summary Judgment) [Dkt. # 19] is **DENIED**; and it is

**FURTHER ORDERED** that Plaintiff's Affidavit in Rebuttal to Summary Judgment and Opposition to Defendant's Motion to Dismiss the Complaint or in the Alternative for Summary Judgment (docketed as a Renewed Motion for Summary Judgment) [Dkt. # 22] is **DENIED**; and it is

**FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment with Declaratory Relief or Jury Trial Pursuant to the Seventh Amendment [Dkt. # 29] is **DENIED**;

and it is

        **FURTHER ORDERED** that Plaintiff's Motion for Supplemental Law Library Time at the D.C. Jail [Dkt. # 17] is **DENIED** as moot.

        This case remains open as against Defendant District of Columbia.

        **SO ORDERED.**


Date: September 8, 2008                                              /s/
                                                                       ROSEMARY M. COLLYER
                                                                       United States District Judge